# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Danny Beckham,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv339/3:06cr87

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 11, 2011 Order.

Signed: February 11, 2011

Frank G. Johns, Clerk
United States District Court